ZITA SCHACHTER, an Infant, by BENJAMIN B. SCHACHTER, Her Guardian ad Litem, and Another, Respondents, v. BROOKLYN BUS CORPORATION, Appellant.— Order granting plaintiffs' motion for an examination before trial affirmed, with

ten dollars costs and disbursements; the examination to proceed on five days' notice. No opinion. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.